THOMPSON et al,
*Respondents,*

*v.*

COLUMBIA COUNTY et al,
*Appellants,*
*and*
O & T PROPERTIES, INC.,
*Appellant.*

(No. 26626, CA A22212)

652 P2d 380

Jill Thompson, County Counsel, argued the cause and filed the brief for appellants Columbia County, Robert M. Hunt and A. J. Ahlborn.

John M. Volkman, Portland, argued the cause and filed the briefs for appellant O & T Properties, Inc. With him on the briefs were Stoel, Rives, Boley, Fraser and Wyse, Portland.

James K. Gardner, Hillsboro, argued the cause and filed the brief for respondents.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM

## PER CURIAM

Assuming, without deciding, that the plaintiffs in this case had standing to contest a sale of surplus property by Columbia County — and we find plaintiff's standing to be doubtful — the trial judge erred in cancelling the deed given by the county in this case. The sole issue was whether the county acted unreasonably. *See* ORS 275.200; *Johnson v. Craddock et al,* 228 Or 308, 365 P2d 89 (1961). The undisputed evidence in this case concerning the previous offers to purchase this property establishes that the county did not act unreasonably.

Reversed.